# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Patrick Knighton | ) | |
| *Petitioner* | ) | |
| v. | ) | Civil Action No.    4:18-cv-2835-JFA |
| B.M. Antonelli, Warden | ) | |
| *Respondent* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____
recover costs from the petitioner *(name)* _____.

■ other: The petition is dismissed without prejudice and without requiring Respondent to file a return.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■❏ decided by the Honorable Joseph F. Anderson, Jr., who adopts the Report and Recommendation of the
Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date:    December 5, 2018                                     *CLERK OF COURT*


                                                              s/Debbie Stokes

                                                    _____
                                                    *Signature of Clerk or Deputy Clerk*